

1700 Lincoln Street, Suite 2700
Denver, Colorado 80203
p 303.592.5900
f 303.592.5910
omtrial.com

DATE FILED: April 22, 2022 12:18 PM
FILING ID: 868E2859F0E60
CASE NUMBER: 2022CV30459

Peter McClenahan
PeterMcClenahan@OMTrial.com

January 17, 2022

Ms. Ashley Chockley
ashley.chockley.yz75@statefarm.com
State Farm Claims
PO Box 106171
Atlanta GA 30348-6171

   Re:  Claim Number:   0615C204S
      Our Client/Your Insured: Autumn Hess
      Date of Injury:   December 29, 2020
      Policy Number:   495 3473-CO1-06

Dear Ms. Chockley:

  I am writing in response to your letter dated November 9, 2021. Your insured, Autumn Hess, is a former EMT First Responder and a single mother of two daughters. State Farm sold Ms. Hess a UM/UIM policy in the amount of $100,000 long before the December 29, 2020 collision. In that collision, Ms. Hess was not at fault and was rear-ended at a stop light by a driver named Matthew Moffett. It is estimated that Mr. Moffet was traveling about 35-40 mph when he crashed into the rear of Ms. Hess's vehicle. Mr. Moffett was charged by police with Careless Driving (Colorado Rev Stat § 42-4-1402) and that criminal case is on-going. Mr. Moffett had only the Colorado state minimum insurance coverage of $25,000. Mr. Moffett's auto insurance company (Progressive) quickly paid the $25,000 policy limits to Ms. Hess. This is because it was obvious to Progressive (and the attorney Progressive hired to represent Mr. Moffett) that Ms. Hess's massive medical bills incurred following the accident were related to the December 29, 2020 collision. These medical bills for treatment necessitated by the December 29, 2020 collision, all incurred during the year 2021, are now in excess of $330,000. Importantly, this $330,000 in past medical bills for 2021 does not include all of the multiple MRIs and CT scans listed below. Therefore, you must add the estimated bills for the imaging studies onto the $330,000 in making your evaluation.

  Obviously, this is the exact situation in which Ms. Hess's UM/UIM carrier (State Farm) needs to provide its coverage because Ms. Hess was hit by a driver who had woefully insufficient insurance coverage to compensate her for her injuries. Here, in addition to the massive medical bills, Ms. Hess has also been unable to work during 2021 (due to her injuries and surgeries necessitated by the collision); and has sustained non-economic pain and suffering damages (as a result of the collision). Ms. Hess has the following four categories of damages arising from the December-29, 2020 collision that State Farm was required to evaluate in a timely fashion.

Denver | Los Angeles | Sioux Falls

EXHIBIT 1

Ms. Ashley Chockley
January 14, 2022
Page 2

(1) All of her medical bills caused in whole or in part by the December 29, 2020 collision;

(2) All of her future medical expenses for the rest of her life caused in whole or in part by the December 29, 2020 collision;

(3) All of her past lost wages and future lost wages caused in whole or in part by the December 29, 2020 collision; and

(4) All of her non-economic pain and suffering damages caused in whole or in part by the December 29, 2020 collision.

**So that the record is clear, a full year after this collision, you and State Farm have taken the formal position that your evaluation of all of the categories of damages listed above amount to $0 (zero) dollars.** You have taken this position despite being provided with medical records and signed medical record releases, and despite my repeated written requests that State Farm provide some or all of the $100,000 in UM/UIM coverage that State Farm sold to Ms. Hess.

In your November 9, 2021 letter, you wrote that State Farm will not provide any UM/UIM coverage at all to Autumn Hess because she was in prior car accident back in 2017. **State Farm's position, as described in your letter, is that you do not believe that ANY of the medical treatment that Ms. Hess received during the year 2021 was related in any way at all to the December 29, 2020 collision and you do not believe that Ms. Hess has sustained ANY damages whatsoever arising from the December 29, 2020 collision.**

It is accurate that Ms. Hess was in an auto accident back in 2017. However, State Farm cannot deny coverage on this basis. The injuries that Ms. Hess sustained in the 2017 auto collision made her far more vulnerable to sustaining additional injuries in the December 29, 2020 accident. There is no exclusion in State Farm's UM/UIM policy that states that State Farm will not be responsible for providing coverage if Ms. Hess gets into an auto accident that re-injures, worsens or exacerbates her pre-existing injuries. If State Farm can deny coverage for Ms. Hess on the basis that she was in a prior car collision, then State Farm can do the same for any of its insureds and the UM/UIM polices that State Farm is currently selling to its customers are meaningless and worthless.

Furthermore, in my prior letter to you, I asked you to specifically describe everything State Farm has done to adjust this claim. Based on your November 9, 2021 letter back to me, it doesn't appear that State Farm has taken any meaningful action at all to adjust this claim. It is painfully obvious that State Farm has no intention of living up to its responsibilities with respect to the UM/UIM policy it sold Ms. Hess and that State Farm intends to continue its current strategy of "delay and deny."

<u>EXHIBIT 1</u>

Ms. Ashley Chockley
January 14, 2022
Page 3


      I'm sure that even you and State Farm would agree that if any of the four categories of damages listed above exceed the $25,000 paid by the underlying carrier, then State Farm has a duty to provide UM/UIM insurance coverage to Ms. Hess.  Therefore, let us take a look at some of the medical treatments that Mrs. Hess has undergone following the December 29, 2020 collision and what her actual physicians and medical providers say about all of this.  (Please keep in mind, as you read below, your position that NONE of the medical treatment that Ms. Hess received following the December 29, 2020 collision is related in any way to the December 29, 2020 collision).  Please also keep in mind that you have been provided with these medical records.



EXHIBIT 1



**1) Multiple Jaw Surgeries and Jaw MRI at Denver Health Medical Center**

It seems that you have not read Ms. Hess's medical records from Denver Health that I previously provided to you (and that you should have obtained yourself using the signed release). No reasonable person could actually read the Denver Health medical records and come to the conclusion that the medical treatments there were unrelated to the 12/29/20 collision.

If you had used the signed medical records releases to obtain Ms. Hess's records from Denver Health (as you should have), or if you had simply read the medical records that I previously provided to you, you would see that Ms. Hess has undergone two different surgical procedures on her jaw subsequent to the December 29, 2020 collision, a jaw MRI, and multiple botox injections into her jaw muscles). Oral Maxillofacial Surgeons Dr. Glasgow and Dr. Lemieux performed these procedures and the attached medical bills (**Exhibit 1**) show that these surgeries, the MRI, and the botox, and attendant care total **$15,986.89**.

Attached as **Exhibit 2** is a letter from Dr. Lemieux dated November 24, 2021 that states:

**"It is my medical opinion that Ms. Autumn Hess was in a motor vehicle collision in 2020 that has caused temporomandibular joint dysfunction including arthralgia, internal derangement and myofascial pain with muscle spasms. These conditions have resulted in multiple procedures throughout 2021."**

Accordingly, the very physician who treated Ms. Hess for her jaw injuries has confirmed in writing that the 12/29/2020 collision caused the jaw injuries that he treated and resulted in these medical bills.

<u>EXHIBIT 1</u>

Ms. Ashley Chockley
January 14, 2022
Page 5

  Attached as **Exhibit 3** are the Denver Health Medical Center records pertaining to the treatments for the jaw injury sustained in the 12/29/2020 collision. You have already been in possession of these medical records for months.

  Ms. Hess first sought treatment at Denver Health for her injuries sustained in the 12/29/20 collision on 1/6/21. Dr. Glasgow's medical record from that day states:

  "Patient presents today with concerns for recent car accident 12/29/20. Patient hit the right side of her head w/out LOC but had instant 9/10 pain with headache and concerns for whiplash injury when she was hit in MVC. Patient said she feels her bite is off and she has started clenching and grinding right after her accident. She denied any of these symptoms for 2 months prior to her accident"

  "ASSESSMENT AND PLAN: Autumn Lorrae Hess is a 35 y.o. female with recent trauma to head 12/29/20 patient without acute fractures today with left TMJ arthralgia, trismus to 22 mm, and left MPD of masseter and temporalis muscles. The plan is to continue conservative therapy consisting of pharmacotherapy (mobic I flexeril 5mg QHS), nightguard use, soft diet applying warm heat to affected area, performing TMJ stabilizing exercises. TMJ homework was reiterated to the patient. All questions were answered. Return precautions given. The patient will follow up in 1 week for re-eval or sooner with return precautions."

  Ms. Hess returned to Denver Health on 1/15/21 and the medical record from that day states:

  "Autumn Lorrae Hess is a 35 y.o. female with recent trauma to head 12/29/20 patient without acute fractures today with left TMJ arthralgia, trismus to 24 mm, and left MPD of masseter and temporalis muscles."

  On 1/22/21, the jaw surgeons ordered an MRI of the jaw for Ms. Hess. According to the medical record, the reason that the jaw MRI was ordered was as follows:

  "CLINICAL INDICATION: Pt with history of TMJ surgeries s/pMVC. Now was involved in another MVC and is in excruciating pain."

  The 1/27/21 medical record, generated on another return visit, states that her pain was unresolved.

  On 2/8/21, Dr. Glasgow performed jaw surgery and completed botox injections into the jaw muscles. The medical records explain why he did this.

"INDICATIONS FOR PROCEDURE: Autumn Lorrae Hess is a 35 y.o. female who presented to the Oral and Maxillofacial Surgery Clinic for a follow up evaluation of left TMJ pain. Pt

<u>EXHIBIT 1</u>

Ms. Ashley Chockley
January 14, 2022
Page 6

reported worsing symptoms as compared to symptoms reported in previous consults. The patient states her pain is approximately 6-8/10 daily. She states that at times she has shooting pain L side of her face. Her pain to left masseter she points to which radiates superior and anteriorly. Pt states her pain increases if she open her mouth. Patient was feeling well but she had recent car accident 12/29/20. Patient hit the right side of her head w/out LOC but had instant 9/10 pain with headache and concerns for whiplash injury when she was hit in MVC."

During the 2/8/21 jaw surgery, Ms. Hess's ear drum was inadvertently punctured. This painful condition is shown in the photos of Ms. Hess's ear below.



Unfortunately, Ms. Hess's jaw pain returned and, on 10/4/2021, due to recurring and unresolved pain, Ms. Hess had to undergo a second jaw surgery and further botox injections with Dr. Glasgow.

"PROCEDURES PERFORMED: left TMJ arthrocentesis, Botox injections to left temporalis, masseter, and SCM"

As noted above and as shown on **Exhibit 1**, the medical bills for the care and treatment for the jaw total **$15,986.89**. This amount should be paid to Ms. Hess without any further delay.

<u>EXHIBIT 1</u>

Ms. Ashley Chockley
January 14, 2022
Page 7

    **2)    Trip to the Emergency Room on 1/3/21 for chest pain and heart palpitations**

A few days after the 12/29/2020 collision, Ms. Hess sought treatment at the emergency department at UC Health Broomfield Hospital because she was experiencing chest pain and heart palpitations as a result of the collision. There, at the ED, she was evaluated for heart issues. She received the treatments and incurred the medical bills set forth on **Exhibit 4**.

The medical bills incurred from this trip to the emergency department, which was clearly related to the 12/29/2020 collision total **$9,567.50**. This amount should be paid to Ms. Hess without any further delay.

    **3)    CT scan of the chest, MRI of the brain, and Neurological Evaluation ordered by Julie Paranka, MD at UC Health**

On 12/31/21, two days after the collision, Ms. Hess sought treatment from her primary care physician Julie Paranka, MD at UC Health. Ms. Hess complained of the injuries that she sustained in the 12/29/2020 collision and continued treating with Dr. Paranka for those injuries throughout 2021. As shown below, as a result of the injuries sustained in 12/29/2020 collision, Dr. Paranka ordered a chest CT for chest pain and a brain MRI due to issues with memory and word finding difficulties. Again, the records quoted below have been in your possession now for many months, which makes its very difficult to understand why you have taken the position that NONE of the medical treatments that Ms. Hess underwent in 2021 are related in any way to the 12/29/2020 collision.

The medical records for Dr. Paranka are attached as **Exhibit 5**. The records from Dr. Paranka, from 12/31/21, state as follows.

"HPI - Was in MVA. She was stopped at light, rear-ended. Other driver was going about 35 mph. Back of her car is damaged. Felt like she was had panic attack at scene - palpitations, hyperventilation, tingling in arms. These symptoms have resolved. This was 3rd MVA for her, so experienced some PTSD. Patient states that has had headache, chest sore from seatbelt. Had whiplash injury, back of head hit the head rest. She had her head turned slightly to right, so feels discomfort on the left side of neck."

On 1/14/21, Ms. Hess returned for treatment from Dr. Paranka. Due to the chest injury caused by the 12/29/2020 collision, likely from the seatbelt, Dr. Paranka ordered a chest CT for Ms. Hess. The records from that visit state:

"Chest Pain / Mva: Patient reports chest pain / mva. MVA 12/29/2020, rear ended by an individual in the other car who was not supposed to be driving due to a mental illness. Autumn now has chest pain. Has current tightness. Left sided pain in rib cage by heart is pain. Chest ribs pop, in a good way. Saw her cardiologist and stated possible torn heart cartilage or broken

<u>EXHIBIT 1</u>

Ms. Ashley Chockley
January 14, 2022
Page 8


fractured rib. The accident also re-injured her jaw and her back.  Scheduled ablation for her spine on Monday. Cortisol levels drawn today."

"1. Anterior chest wall pain
 2. Motor vehicle accident, subsequent encounter
MVA just over 2 weeks ago. Was rear-ended while stopped at light.
Has persistent sharp anterior chest pain - along left mid sternal border. She feels like might be a rib popping in and out as she moves.  Is quite tender on exam, more than I would expect after 2 weeks. Pain localized to small area. Call made to discuss most appropriate imaging with radiologist - CT without contrast ordered."

On 1/20/2021, Ms. Hess underwent the chest CT ordered by Dr. Paranka.  The medical record states that the reason for the ordering of the chest CT was as follows.

"History: Anterior chest wall pain following motor vehicle collision."

On 2/22/21, Ms. Hess returned to Dr. Paranka, and the records from that day state as follows.

 "Autumn is a 35 y.o. female who presents to UCHealth Family Medicine Clinic - Westminster for Neurologic Problem.  HPI - Patient has ho multiple head injuries with concussions.
Has been having some issues with memory and word finding, but got worse after MVA end of December 2020 (about 2 months ago).  She states that she can have a conversation and forget what it was about within minutes.  She stumbles over words - getting stuck on first syllable, which she repeats a few times but cannot finish the word.  Sometimes she can't think of the word at all. Forgot the word for freezer the other day.  Has had a number of surgeries, including a couple of recent ones.  Had jaw surgery and woke up with right side of her face not able to move. It recovered over a short period of time, but unclear what caused it (anesthesia vs TIA).  She has not had any episodes of confusion, numbness/weakness.  Having some anxiety/PTSD after last MVA. Has not been able to find a therapist"

"AMBULATORY REFERRAL TO NEUROLOGY - MR BRAIN WITHOUT CONTRAST"

Thus, due to the worsening and concerning neurological issues that "got worse after MVA end of December 2020", Dr. Paranka Ordered a Brain MRI.  The Brain MRI occurred on 3/8/21 and the MRI report states:

"MR BRAIN WITHOUT CONTRAST" "History: memory difficulty, word finding difficulty, History of concussion in December 2020."

Dr. Paranka also referred Ms. Hess to a Neurology consult with Kelly Finch, Nurse Practitioner.  The records of the treatment on 3/11/2021 with Ms. Finch state:

EXHIBIT 1

Ms. Ashley Chockley
January 14, 2022
Page 9

"Autumn Lorrae Hess is a 35 y.o., right-handed female seen in consultation at the University of Colorado Neurobehavior and Memory Disorders Clinic at the request of Dr. Paranka for evaluation of word finding. They are requesting my opinion regarding potential etiologies, diagnostic work-up that should be considered, and/or treatment options entertained."

"last MVA in December 2020 with concussion (headache, dizzy but no LOC, and required another jaw surgery)."

"Per last office visit family medicine Dr. Paranka: Patient has h/o multiple head injuries with concussions. Has been having some issues with memory and word finding, but got worse after MVA end of December 2020. She states that she can have a conversation and forget what it was about within minutes. She stumbles over words - getting stuck on first syllable, which she repeats a few times but cannot finish the word. Sometimes she can't think of the word at all."

"She endorses problems with word finding, difficulty "trying to get the right word out." Sometimes she stutters. Symptoms have been going on since her MVA in Dec of 2020."

NP Finch, in turn, referred Ms. Hess to speech therapy with Jill Newcombe, which Ms. Hess began on 5/4/21.

On 6/1/21, 6/8/21, and 6/23/21, Ms. Hess underwent a full neurological evaluation, as per the referral from Dr. Paranka for the concussion sustained in the 12/29/2020 collision. (*See* **Exhibit 6**, page 65, for the bills for the neurological evaluation).

The medical bills for the treatment described above, which is clearly related to the injuries sustained in the 12/29/2020 collision, are contained within the UC Health medical bills which are attached as **Exhibit 6**.

Importantly, as noted above, the UC Health medical bills attached as Exhibit 6 do not include the charges for all of the MRIs, and CT scans that Ms. Hess received during 2021. Those imaging studies were performed at Health South Imaging (as opposed to UC Health).

4)   **Sacro-Illiac Injections performed by Dr. Mara Isser-Sax**

Following the 12/29/2020 collision, Ms. Hess has undergone two sacro-illiac injections with Dr. Isser-Sax, a physical medicine and rehabilitation physician. Once again, you have been in possession of these medical records for many months.

The records from Dr. Isser-Sax are attached as **Exhibit 7**. Ms. Hess saw Dr. Isser-Sax for evaluation on 1/11/21. That record states:

EXHIBIT 1

Ms. Ashley Chockley
January 14, 2022
Page 10

"Autumn is a 35-year-old female with history of L4-S2 fusion and chronic sacroiliac joint pain who presents to discuss return of right-sided low back pain after recent motor vehicle accident on December 29, 2020."

Thus, Dr. Isser-Sax ordered a CT scan of the lumbar spine and spine x-rays for Ms. Hess.

On 1/18/21, Dr. Isser-Sax performed a sacroiliac joint injection on Ms. Hess.

Ms. Hess returned to Dr. Isser-Sax on 11/4/21 and that medical record states:

"Autumn is a 35-year-old female who is now status post posterior revision L4-S1 fusion with continued sacroiliac joint pain bilaterally.  Because she did obtain significant relief with previous right SI joint ablation, we will repeat right SI joint ablation.  If she still having left-sided SI joint pain, we will then proceed with left SI joint ablation as well.  We also discussed today that prior to this motor vehicle accident on December 29, 2020, Autumn was doing quite well in terms of pain.  She was fully functional and able to participate in all activity including work without difficulty.  Then after her motor vehicle accident on December 29, 2020, her pain had returned and became excruciating.  At that time a CT scan showed pseudoarthrosis at the level of her fusion.  Since that time her back pain has been debilitating and is now improved after revision surgery, however she still having SI joint mediated pain which is why we will now proceed with repeat SI joint ablation."

"Autumn Lorrae Hess presents via telehealth to discuss low back pain.  She is now status post revision fusion in March 2021 who but is still noticing pain in her bilateral SI joints.  She notes she has significant improvement with SI joint pain with previous ablations and she would like to repeat these.  Her last SI joint ablation was in January 2021. She states that her pain was very well controlled and she is very active and working the restrictions prior to her car accident in December 2020."

Dr. Isser-Sax performed a second right sacroiliac joint injection on November 8, 2021.

The medical bills for the treatment described above, which is clearly related to the injuries sustained in the 12/29/2020 collision, are contained within the UC Health medical bills which are attached as **Exhibit 6**.

**5)   Right Knee Surgeries by Rachel Frank, MD and Kevin Shinsako, PA and right knee MRIs**

As a result of the 12/29/2020 collision, Ms. Hess was required to undergo a surgery on her right knee performed by Rachel Frank, MD and Kevin Shinsako, PA on 2/2/21, two MRIs on her right knee, and then a second surgery on her right knee on 11/5/21.  These records are attached as **Exhibit 8**.

<u>EXHIBIT 1</u>

Ms. Ashley Chockley
January 14, 2022
Page 11

The medical records regarding the right knee injury and subsequent medical treatment state:

**"Patient has a notable history of having had previous injury that was resolved previous to the onset of recurrent knee pain.  Patient previous to December 29, 2020 was doing well of her right and left knee.  Unfortunately, due to a December 29 2020 accident she had aggravation of right knee essentially inciting necessity for evaluation and subsequent treatment."**  (*See* **Exhibit 8).**

Ms. Hess sought treatment for her right knee that was injured in the 12/29/2020 collision on 1/21/2021 UC Health Orthopedics.  The records from that day state:

"HISTORY OF PRESENT ILLNESS: This is a visit for Autumn Lorrae Hess, who is a 35 y.o. year old female who comes in today for evaluation of her RIGHT knee pain contusion and new right knee pain."

"Since her last visit, at which time we evaluated her for a left knee contusion that resolved with physical therapy alone, she has unfortunately been involved in a motor vehicle collision and she now has right knee pain.  She is also scheduled to undergo revision lumbar spinal fusion surgery with Dr. Vik Patel in March."

"With respect to her right knee, she has a longstanding history of pain in his right knee with popping and clicking with range of motion most notably in the patellofemoral joint. This acutely worsened last month with the new MVC."

An MRI of the right knee was therefore ordered and was obtained on 1/22/21.

At a follow up visit with Dr. Frank on 1/25/21, the medical records state:

"HISTORY: This is a return visit for Autumn Lorrae Hess, who is 35 y.o. year old female presenting for follow-up of her right knee. At her last appointment, we had recommended an MRI. Today, the patient presents to review the MRI. The patient reports no change in symptoms since last visit."

"By way of history, at her last visit, at which time we evaluated her for a left knee contusion that resolved with physical therapy alone, she has unfortunately been involved in a motor vehicle collision and she now has right knee pain."

Dr. Frank performed surgery for the injured right knee on 2/2/21 and follow up with PA Shinsako occurred on 2/11/21.  Physical therapy (post-surgery) was prescribed and Ms. Hess faithfully performed her physical therapy following the 2/2/21 knee surgery.

<u>EXHIBIT 1</u>

Ms. Ashley Chockley
January 14, 2022
Page 12

On 7/26/21, Ms. Hess returned to see PA Shinsako due to worsening pain in the knee. The record from that day states:

"Autumn is a 35 y.o. female presenting today for evaluation approximately 5.5 months s/p above procedure. Patient presents with complaints of right knee including mechanical click in the knee with simple flexion and extension. She reports medial knee pain. Patient reports re-aggravating event pain started approximately 6 weeks or so after surgery when she stubbed her toe, jamming her knee without contact to the knee. She reports no instability."

A second MRI of the right knee was ordered for Ms. Hess.

On 8/5/21, a steroid injection into the right knee was performed by Dr. Frank.

On 11/5/21, after an evaluation, Dr. Frank decided to perform a second knee surgery on Ms. Hess's right knee. The second surgery on the right knee occurred on 11/23/21. Follow up with PA Kevin Shinsako occurred on 12/3/21.

The medical bills for the treatment described above, which is clearly related to the injuries sustained in the 12/29/2020 collision, are contained within the UC Health medical bills which are attached as **Exhibit 6**.

**6)   Spine surgery by Vikas Patel, MD and Susan Estes, NP and spine MRIs**

Nurse Practitioner Susan Estes, who supervises and directs Ms. Hess's medical treatment at the UC Health Spine Center, wrote the letter that is attached as **Exhibit 9**. The letter states:

"Ms. Autumn Lorrae Hess is a patient of ours at The Spine Center. She had a prior L4-S1 fusion and hardware removal and had a non-union.

She was in a rear end car accident Dec 2020 that exacerbated her pre-existing back pain. In my opinion, the trauma from the car accident took a pre-existing condition and made it worse. Because of her pre-existing condition she was likely vulnerable to potential additional injury.

Because of the worsened, debilitating pain after the Dec 2020 car accident, she had surgery to revise the fusion L4-S1 both through an anterior and a posterior approach on 3/17/21 by Dr. Patel." (*see* **Exhibit 9, letter from Susan Estes, NP**)

As explained by NP Estes, Ms. Hess had undergone a spinal fusion surgery in 2018, well prior to the 12/29/2020 collision. This prior spine surgery left Ms. Hess particularly vulnerable to reinjuring her spine when she was rear ended on 12/29/2020. The 12/29/2020 collision

EXHIBIT 1

Ms. Ashley Chockley
January 14, 2022
Page 13

reinjured, worsened, and exacerbated her pre-existing spine injury, it caused debilitating pain, and it was a cause of the spine surgery performed by Dr. Patel on 3/17/21.

**As per the attached billing record, the medical bills for the 3/17/21 spine surgery alone total $220,880.46.  (***See*** Exhibit 10).  Therefore, simply for the sake of argument, even if only 50% of the causation of the 3/17/21 spine surgery is allocated to the 12/29/2020 collision, the past medical bill damages are still in excess of the $100,000 UM/UIM policy based only on this one single surgery alone.**

As noted above, due to the worsening pain following the collision, on 1/11/21, prior to the 3/17/21 surgery, Dr. Isser-Sax ordered a CT scan of the lumbar spine and x-rays of the lumbar spine.

On 1/19/21, Ms. Hess was first seen by Vikas Patel, MD.  The medical records from that first visit state:

"Assessment and Plan: Autumn Lorrae Hess , 35 yo female with lower back pain. PSH for L4-S2 PSF (OSH 2018) s/p lower back pain and radiculopathy due to MVA 2017, then HWR (OSH 2019). Recent MVA 12/2020, rear ended. Persisting LBP, right sided since then, RFA right L5, S1-S3 with no relief, associated right LE radiculopathy. Given PSHx, referred for evaluation to ortho spine. Xrays and CT scan show non-union of prior fusion."

"Autumn Lorrae Hess, 35 yo female, comes today to our clinic for evaluation of ongoing lower back pain and right lower extremity pain after MVA on 12/29/2020.  Patient with prior history involving MVA in 2017, which resulted in lower back pain and radicular pain that failed conservative management at outside hospital, SkyRidge.  She then underwent in 03/2018 L4-S2 PSF.  She had good pain relief for about a year but still complaining on symptomatic hardware and prominent hardware, hence she underwent hardware removal on 03/2019.  Both surgeries done at SkyRidge.  Yet she has been having pain since a hardware removal over the lower back and underwent RFA to bilateral L5 dorsal ramus and S1 -S3 foramens.  Says this gave her 100% relief and she was much better until the most recent MVA on December.  She was rear-ended, and since then she has been having persisting lower back pain with radicular pain towards her right-buttocks and thigh. Pain is worse sitting, but constant, affecting ADLs.  She was evaluated by Dr. Sax from the spine clinic and underwent RFA right L5, S1-S3 concerning for either sacroiliitis or facet joint pain.  She was also referred here given her significant surgical history for evaluation.  Says that the RFA did not give her any relief yesterday, except for the most proximal portion of her pain.  She used to work for a bit an ambulance for firefighters and was to get back into that being a fire medic."

Susan Estes, NP resumed control of the treatment for the spinal injury following the surgery.  As set forth in the attached **Exhibit 10**, NP Estes saw Ms. Hess for follow up visits on 4/1/21, 4/14/21, 4/16/21, 6/16/21, and most recently on 9/17/21.

EXHIBIT 1

Ms. Ashley Chockley
January 14, 2022
Page 14

It should also be noted that Ms. Hess suffered a complication related to the spine surgery, an abdominal hematoma (a collection of post-surgical blood in the abdomen). Ms. Hess was required to undergo extensive medical treatments to address the hematoma. This included multiple CT Scans of the abdomen and multiple interventional radiology procedures to drain the hematoma. (The records and bills for this treatment are also attached).

### Conclusion

Ms. Chockley, the present position of State Farm, that NONE of the medical treatment provided to Ms. Hess during 2021 is related IN ANY WAY to the December 29, 2020 collision is demonstrably false, as shown by the medical records summarized above. The fact that State Farm is denying this UM/UIM claim when it is in possession of the above medical records is the epitome of Bad Faith. Do you really believe that a Colorado jury is going to review the medical records above, hear the testimony of Ms. Hess's physicians and providers who wrote these medical records, and then somehow reach the conclusion that the medical treatment was completely unrelated to the 12/29/2020 collision and that State Farm does not need to pay out on this UM/UIM claim? I am at a complete loss to understand your thinking on this case.

Please keep in mind as well that the medical bills summarized above (which are in excess of $330,000) are just one of the four categories of damages that must be considered here. In addition to the $330,000+ in past medical bills, Ms. Hess is going to incur extensive future medical bills as well. Furthermore, Ms. Hess's past and future non-economic pain and suffering must be considered here as well. Finally, Ms. Hess's past and future lost wages must be considered also. When all of these damages are totaled up, it becomes quite clear that State Farm needs to pay its full $100,000 UM/UIM policy to Ms. Hess without any further delay.

Please let me know State Farm's response to this letter in the next 30 days, so that I can take the appropriate steps to protect Ms. Hess, if necessary. Thank you very much.

Sincerely,

OGBORN MIHM, LLP

Peter A. McClenahan

PAM/ccw
cc:    Autumn Hess

EXHIBIT 1